*FOR PUBLICATION*                                                          ORDER

```
          IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
                      DIVISION OF ST. CROIX
                       APPELLATE DIVISION
```

HAROLD OVESON,                    )   D.C Civ.App. No. 2006-0120
                                  )
                                  )
              Appellant,           )   Super. Ct. Civ. No. 0246/2006
        vs.                       )
                                  )
PEOPLE OF THE VIRGIN ISLANDS,     )
                                  )
              Appellee.           )
                                  )

On Appeal from the Superior Court of the Virgin Islands
The Honorable Darryl D. Donohue, Judge Presiding

Considered: September 24, 2010
Filed: April 26, 2011

BEFORE: **CURTIS V. GOMEZ**, Chief Judge, District Court of the Virgin Islands; **RAYMOND L. FINCH**, Senior Sitting Judge, District Court of the Virgin Island; and **ADAM G. CHRISTIAN**, Judge of the Superior Court, Division of St. Croix, sitting by designation.

Attorneys:

Pamela L. Colon, Esq.
St. Thomas, U.S.V.I.
    For the Appellant,

Tiffany V. Monrose, Esq., AAG
St. Thomas, U.S.V.I.
    For the Appellee.

Per Curiam.

*Harold Ovesen v. People of the Virgin Islands*
D.C. Civ. App. No.: 2006-0120
ORDER
Page 2

---

**ORDER**

---

AND NOW for the reasons more fully cited in a Memorandum Opinion of even date, it is hereby

ORDERED that the Superior Court's August 21, 2006 jurisdictional determination and order are **REVERSED**. It is further

ORDERED that this matter is **REMANDED** for further consideration.

SO ORDERED this ___ day of April 2011.


A T T E S T:
WILFREDO F. MORALES
Clerk of the Court

By: _____
Deputy Clerk